UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>PHILIP A. SOBOL,<br><br>       Defendant. | NO. SACR 15-00148-JLS<br><br>**PERSONAL MONEY JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation and Request of the parties, and good cause appearing, the Court hereby finds and orders as follows:

1. On November 24, 2015, Defendant Philip A. Sobol ("Defendant Sobol") entered into an agreement to plead guilty to a two-count information that charged him with Conspiracy in violation of 18 U.S.C. § 371, and Interstate Travel in Aid of a Racketeering Enterprise in violation of 18 U.S.C. § 1952. Defendant Sobol further agreed to forfeit the sum of $5,200,000.00 (the "Subject Asset"), which he admitted represented proceeds he obtained as a result of the offenses to which he entered the guilty plea.

2. Defendant Sobol has stipulated to the entry of this Personal Money Judgment of Forfeiture (the "Money Judgment") in the amount of $2,000,000.00.

3. The entry of this Money Judgment is specifically authorized by Rule 32.2 of the Federal Rules of Criminal Procedure. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4. Pursuant to the stipulation, Defendant Sobol expressly waived the requirements of Federal Rules of Criminal Procedure 32.2. and 43(a) regarding notice of forfeiture in the charging instrument, pronouncement of forfeiture at sentencing, and incorporation of forfeiture in the Money Judgment. The Money Judgment shall be final as to Defendant Sobol upon entry.

5. This Money Judgment is part of the sentence imposed on Defendant Sobol in this case.

6. A money judgment in the amount of $2,000,000.00 is HEREBY ENTERED in favor of the United States of America and against Defendant Philip A. Sobol.

7. This Court shall retain jurisdiction for the purpose of enforcing this Money Judgment.

DATED: January 16, 2018



HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3