Matthew J. Smith (not admitted in California or the USDC for the Central District)
matthew@insurancefraud.org
COALITION AGAINST INSURANCE FRAUD
1012 14TH Street NW
Suite 200
Washington, D.C. 20005
(202) 393-7332

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MICHAEL D. DROBOT, et. al.<br>Defendants. | Nos. SA CR 14-034-JLS<br>SA CR 15-148-JLS<br>SA CR 15-155-JLS<br>SA CR 16-008-JLS<br><br>*AMICUS CURIA* FILING ON<br>BEHALF OF THE COALITION<br>AGAINST INSURANCE FRAUD |

**TO THE COURT, ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD,** please take notice that The Coalition Against Insurance Fraud does hereby file the Amicus Curiae brief which is attached hereto as Exhibit "A".

Respectfully Submitted,

**COALITION AGAINST INSURANCE FRAUD**

By:

_____
Matthew J. Smith, Esq.
Director of Government Affairs & General Counsel
(not admitted in California of the USDC for the
Central District)

**EXHIBIT A**



## Coalition Against Insurance Fraud



1012 14th Street., NW, Suite 200
Washington, D.C. 20005
202.393.7330
202.517.9139 fax

www.InsuranceFraud.org

**BOARD OF DIRECTORS**

AIG
Allstate Insurance
American Council on Consumer Interests
American Family Insurance
American Insurance Association
CNA
Center for Consumer Affairs
— University of Wisconsin-Milwaukee
Citizen Advocacy Center
Consumer Action
Consumer Alliance
Consumer Federation of America
Consumer Institute
Erie Insurance
Farmers Insurance Group
Florida Consumer Action Network
Geico
Hanover Insurance Group
Hartford Insurance Group
International Association of Insurance Fraud
  Agencies
International Association of Lemon Law
  Administrators
John Hancock Financial Services
Liberty Mutual Group
Louisiana State Police
MassMutual
MetLife, Auto & Home
National Association of Consumer Agency
  Administrators
National Association of Insurance
  Commissioners
National Conference of Insurance Legislators
National Consumers League
National Criminal Justice Association
National District Attorneys Association
National Fraud Information Center
National Insurance Crime Bureau
National Urban League
Nationwide Insurance
Office of Attorney General, Pennsylvania
Office of District Attorney, San Diego
OneBeacon Insurance
Pennsylvania Insurance Fraud Prevention
  Authority
Progressive Insurance
Prudential Insurance
Sentry Insurance
State Farm Insurance Companies
Travelers Insurance
Zurich North America
. . . . . . . . . . . .

**Dennis Jay**
Executive Director

*A national coalition of consumers, government agencies and insurers dedicated to combating all forms of insurance fraud through public information and advocacy*

June 26, 2018

Hon. Josephine L. Staton
United States District Court
Central Division of California
Courtroom 10 A, 10th Floor
Ronald Reagan Federal Building
  & United States Courthouse
411 West Fourth Street
Santa Ana, California 92701

In Re:  *United States of America v. Michael D. Drobot, et. al*
Case Nos:   SA CR 14-034-JLS
            SA CR 15-077-JLS
            SA CR 15-148-JLS
            SA CR 15-155-JLS
            SA CR 16-008-JLS

Dear Judge Staton,

Please accept this letter as the *Amicus Curiae* statement on behalf of the Coalition Against Insurance Fraud in regard to the above-referenced pending in your court concerning the issue of restitution payments by the defendants arising from acts of insurance fraud.

Our Coalition was formed in 1993 and represents more than 170 member-organizations dedicated to combatting all forms of insurance fraud that costs consumers and businesses an estimated $80 billion each year. Our founders and members include our nation's leading consumer advocacy organizations, major insurers, the National Association of Insurance Commissioners (NAIC), the National Council of Insurance Legislators (NCOIL), the Insurance Task Force of the National Conference of State Legislators (NCSL) together with many state Departments of Insurance, prosecutors and law enforcement agencies.

When citizens are the victims of insurance fraud, one of the best methods to both compensate them for their losses and send a strong message of deterrence is through the use of criminal restitution. As a consumer-rights and protection organization, we believe individual citizens should be given priority when courts consider the issue of restitution. It is here where the greatest harm is often inflicted and where restitution can assist to bring restoration and recovery. Equally, we believe when insurers are the victims of insurance fraud, they too should have the right to seek recompense through criminal restitution. In 2018, several states have passed bills endorsed by the Coalition guaranteeing by statute the right for insurers — when victims — to seek criminal restitution.

Page - 2 -

Too often the misconception is insurers simply absorb the high cost of insurance fraud. In reality insurance fraud is a crime we all pay for. Fraud directly leads to higher premiums and related expenses, including the costs for investigation, prosecution and incarceration.

The cases currently pending in your Court represent some of the worst insurance fraud committed in our nation's history. Estimates have placed the costs of the defendant's collective kickback schemes at a figure exceeding half a billion dollars. The Coalition submits this *Amicus Curiae* letter to express our concern and our support for aggressive and comprehensive criminal restitution orders to be entered against the responsible defendants. Specifically, we urge the Court to consider the following key provisions:

- To consider both the kickback schemes utilized and the financial amount of those kickbacks in assessing the amount of restitution and identifying the actual parties harmed by these illegal payments.

- Recognize first the rights of individual consumers for restitution while equally acknowledging the corporate citizenship status of insurers who on behalf of their consumer policyholders paid for these unnecessary procedures and are equally victims of the defendants actions.

- When considering criminal restitution, we advocate the court take the legal pathway which encourages actual parties harmed by insurance fraud to be able to seek recovery in the least complex and most direct manner possible. We support use of victim impact statements which permit both consumers and insurers to submit for full consideration and reimbursement of all payments made where the "root" of the "poisoned tree" payments derived from the criminal insurance fraudsters actions.

- Courts should also avail themselves to all applicable laws, both federal and state, to expand the ability of harmed parties to seek restitution. The mandatory restitution provisions set forth in the United States Code §3663(a) [MVRA] does not distinguish between victims entitled to criminal restitution. Consumers, insurers and governmental agencies equally may be the victims of insurance fraud and should be granted the right to seek restitution for all sums paid or lost as a result of the defendant's fraudulent conduct. We urge the interpretation of the MVRA and similar statutes to be construed broadly and in the least onerous evidentiary manner to permit the victims of insurance fraud to seek recompense.

We recognize and respect the competing interests, legal issues and responsibilities which rest upon the Court in analyzing and deciding this important issue. The residual impact of this massive fraud scheme continues, leaving a trail of victims behind. On behalf of the Coalition Against Insurance Fraud, we urge the Court to construe all laws and statutes in the most broad manner possible, to remove rather than create evidentiary or other barriers to parties seeking criminal restitution and to treat all citizens, whether individual consumers, insurers or governmental agencies with equal application of the laws to afford them the full right of restitution.

Thank you for time and courtesy in reviewing this *Amicus Curiae* letter.

Sincerely,

Matthew J. Smith, Esq.
Director of Government Affairs & General Counsel
(*not an admitted member of the California Bar*)

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On June 26, 2018, I served true copies of the following document(s) described as **PROOF OF SERVICE RE AMICUS CURIA FILING ON BEHALF OF THE COALITION AGAINST INSURANCE FRAUD** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by Overnight Delivery and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Overnight Delivery or delivered such document(s) to a courier or driver authorized by Overnight Delivery to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 26, 2018, at Los Angeles, California.

_____
Mireya Linares

# SERVICE LIST

**8:14-cr-00034-JLS - USA v. Drobot**

Terree Allan Bowers
Arent Fox LLP
Karen Peters-Van Essen
Arent Fox LLP
555 West Fifth Street 48th Floor
Los Angeles, CA 90013-1065
213-629-7400
213-629-7401 (fax)
terree.bowers@arentfox.com
vanessen.karen@arentfox.com
Represents: Michael Dennis Drobot (1)
TERMINATED: 01/16/2018
(Defendant)

Jeffrey H Rutherford
Kendall Brill and Kelly LLP
10100 Santa Monica Boulevard Suite 1725
Los Angeles, CA 90067
310-556-2700
310-556-2705 (fax)
jrutherford@kbkfirm.com
Represents: Michael Dennis Drobot (1)
TERMINATED: 01/16/2018
(Defendant)

Joseph Timothy McNally
Scott D Tenley
Ashwin Janakiram
AUSA - Office of US Attorney
Santa Ana Division
411 West Fourth Street 8th Floor
Santa Ana, CA 92701
714-338-3590
714-338-3708 (fax)
joseph.mcnally@usdoj.gov
scott.tenley@usdoj.gov
ashwin.janakiram@usdoj.gov
Represents: USA (Plaintiff)

| | | |
|---|---|---|
| 1 | **8:15-cr-00148-JLS USA v. Sobol** | |
| 2 | Charles L Kreindler | Joseph Timothy McNally |
|   | Sheppard Mullin Richter and | Scott D Tenley |
| 3 | Hampton LLP | Ashwin Janakiram |
|   | 333 South Hope Street 43rd | AUSA - Office of US |
| 4 | Floor | Attorney |
|   | Los Angeles, CA 90071 | Santa Ana Division |
| 5 | 213-620-1780 | 411 West Fourth Street 8th |
|   | 213-620-1398 (fax) | Floor |
| 6 | ckreindler@sheppardmullin.com | Santa Ana, CA 92701 |
|   | Represents: Philip A. Sobol | 714-338-3590 |
| 7 | (1) | 714-338-3708 (fax) |
|   | TERMINATED: 02/16/2018 | joseph.mcnally@usdoj.gov |
| 8 | (Defendant) | scott.tenley@usdoj.gov |
|   | | ashwin.janakiram@usdoj.gov |
| 9 | | Represents: USA |
|   | | (Plaintiff) |
| 10 | | |
| 11 | **8:15-cr-00155-JLS - USA v. Drobot** | |
| 12 | Jason DeBretteville | Joseph Timothy McNally |
|   | Sheila Sarah Mojtehedi | Scott D Tenley |
| 13 | Stradling Yocca Carlson and | Ashwin Janakiram |
|   | Rauth | AUSA - Office of US |
| 14 | 660 Newport Center Drive | Attorney |
|   | Suite 1600 | Santa Ana Division |
| 15 | Newport Beach, CA 92660 | 411 West Fourth Street 8th |
|   | 949-725-4094 | Floor |
| 16 | 949-823-5094 (fax) | Santa Ana, CA 92701 |
|   | jdebretteville@sycr.com | 714-338-3590 |
| 17 | smojtehedi@sycr.com | 714-338-3708 (fax) |
|   | Represents: Michael R Drobot | joseph.mcnally@usdoj.gov |
| 18 | (1) | scott.tenley@usdoj.gov |
|   | TERMINATED: 03/09/2018 | ashwin.janakiram@usdoj.gov |
| 19 | (Defendant) | Represents: USA (Plaintiff) |

**8:16-cr-00008-JLS - USA v. Barri**

| | |
|---|---|
| David W Wiechert<br>Jessica Claire Munk<br>Law Office of David Wiechert<br>27136 Paseo Espada Building<br>B Suite 1123<br>San Juan Capistrano, CA 92675<br>949-361-2822<br>949-361-5722 (fax)<br>dwiechert@aol.com<br>jessica@davidwiechertlaw.com<br>Represents: Michael E. Barri (1)<br>TERMINATED: 05/04/2018<br>(Defendant) | Joseph Timothy McNally<br>Scott D Tenley<br>Ashwin Janakiram<br>AUSA - Office of US Attorney<br>Santa Ana Division<br>411 West Fourth Street 8th Floor<br>Santa Ana, CA 92701<br>714-338-3590<br>714-338-3708 (fax)<br>joseph.mcnally@usdoj.gov<br>scott.tenley@usdoj.gov<br>ashwin.janakiram@usdoj.gov<br>Represents: **USA** *(Plaintiff)* |